UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HON.PATRICK J.DUGGAN
CASE NO.08-20121

UNITED STATES OF AMERICA,

-V-

ONEA L. LUNDY,

_____/

## ORDER DENYING MOTION TO SUPPRESS

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on May 15, 2008.

This matter is before the Court on Defendant's Motion to Suppress.  For  the

reasons stated on the  record on May 14, 2008;

IT IS ORDERED that the Motion to Suppress be and the same is hereby DENIED.

s/Patrick J. Duggan
Patrick J. Duggan
United States District Judge

Dated:  May 15, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record
on May 15, 2008, by electronic and/or ordinary mail.

s/Marilyn Orem
Case Manager