UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                      Case No.  08-20121

ONEA L. LUNDY,                     Honorable Patrick J. Duggan

      Defendant.
_____/

## ORDER

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan, on September 1, 2009.

    PRESENT:    THE HONORABLE PATRICK J. DUGGAN
                        U.S. DISTRICT COURT JUDGE

The Court has received from Onea L. Lundy a "Motion for Immediate Release and Confirmation of Settlement and Closure of Case." Having carefully reviewed the motion and Mr. Lundy's arguments in support of such motion, the Court is not persuaded that the motion should be granted.  Therefore,

**IT IS ORDERED** that Onea L. Lundy's motion for immediate release and confirmation of settlement and closure of case is **DENIED.**

                                              s/PATRICK J. DUGGAN
                                              UNITED STATES DISTRICT JUDGE

Copy to:
Onea Lundy, #19907-424
PO Box 350
Beaver, WV 25813